**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSHUA LINDENMUTH,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:26-704** |
| **v.** | : | **(JUDGE MANNION)** |
| **SCHUYLKILL COUNTY, *et al.*,** | : | |
| **Defendants** | : | |

**ORDER**

Presently before the court is defendant Schuylkill County's motion for judgment on the pleadings. (**Doc. 22**). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 8/28/26
26-704-02-ORDER